A96A0575. FORT HOWARD PAPER COMPANY et al.
v. HALLISEY.
(488 SE2d 87)

BEASLEY, Judge.

In *Ft. Howard Paper Co. v. Hallisey*, 221 Ga. App. 325 (471 SE2d

---

[1] As a practical matter, we note that the State had an open file and did not prevent pretrial access to the photographs.

231) (1996), we reversed the trial court's affirmance of the award of workers' compensation disability benefits to Hallisey. The Supreme Court granted certiorari and in *Hallisey v. Ft. Howard Paper Co.*, 268 Ga. 57 (484 SE2d 653) (1997), reversed this Court's judgment. Accordingly, our judgment in this case is vacated, and the judgment of the Supreme Court is made the judgment of this Court.

*Judgment affirmed. Birdsong, P. J., and Blackburn, J., concur.*

DECIDED JUNE 17, 1997.

Before Judge Martin.

*Brennan & Wasden, Marvin W. McGahee*, for appellants.

*Donaldson, Herndon, Bell & Metts, Thomas R. Herndon*, for appellee.